# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DARRYL THYRONE LATIMORE, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0375

———————————————

March 27, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Craig A. Whisenhunt of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.